IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILDEARTH GUARDIANS and
ELIZABETH CROWE,

    Plaintiffs,

  v.

LISA P. JACKSON, in her official capacity
as Administrator of the United States
Environmental Protection Agency,

    Defendant.
                                       /

No. C 10-04603 WHA

**ORDER DENYING PLAINTIFFS' MOTION TO PARTICIPATE BY TELEPHONE**

    Good cause not shown, the Court **DENIES** plaintiffs' motion to participate in the case management conference by telephone. The Court notes that plaintiffs are represented by two other agencies or firms, one of whom can personally appear. Also, the courtroom telephone equipment does not make it feasible to conduct hearings over the telephone.

    **IT IS SO ORDERED.**

Dated: January 27, 2011.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE